Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue   Lubbock, TX 79424
(806) 748-1980 Phone     (806) 748-1956 Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

BEVERLY JEAN BALLARD

CASE NO. 14-70081-HDH-13

| | |
|---|---|
| AKA1: | AKA2: |
| DBA1: | DBA2: |
| SS#1:  xxx-xx- 9597 | SS#2: |

## REPORT OF 341 MEETING

I. 341 MEETING REPORT:

   A. Orig. Date:   4/25/2014    Orig. Time:    11:00 AM          Reset Date:                Reset Time:

   B. Meeting Results:        Adjourned

   C. Debtor(s):     Debtor 1 Appeared

   D. Attorney for Debtor(s):     Appeared

   E. Creditor Appearance:     None

   F. Amount Paid to the Trustee as of          4/25/2014     $191.00      First Payment Due Date:      4/16/2017

   G. File Trustee's Motion to Dismiss because

   H. B22C Information:        B22C Form is:      Complete

      Budgeted Income:      $1,393.80      Expense:       $1,202.80      Surplus:       $191.00

      Plan Payment:     $191.00   Monthly                                      Plan Term(Months):      36

   I. Value of Non-Exempt Property:          $0.00    Proposed Amount to Unsecured Creditors:          $0.00

        Objection to Exemption of:

      ____  Repeat Filing (If case dismissed, it should be with prejudice)  Previous Case Numbers:   97-70792-13

        ____  Object to Invoke Stay Pleading

      ____  Case Converted from Chapter 7, Bar Date Set:      7/24/2014    Date Converted from Chapter 7:

   J. Required Information:    WW Directive

   K. Business Information:

   L. Object to Confirmation:     Yes

      None at this time

   M. Financial Management Class:    Debtor 1 Appeared

   N. Eligibility:

      Certificate of Credit Counseling Filed:    Debtor 1 Only

      Credit Counseling Provider Approved:                        Yes

      Debt Limits Exceeded (Secured-$1,081,400; Unsecured-$360,475):        No

   O. Domestic Support Obligation:        $0.00    Current:                 Arrears:          $0.00

      Affidavit and Disclosure of Domestic Support Obligations Received:   Yes

   P. Remarks:        MTD
               -WW Directive
         Questions
               -None at this time

Dated:    4/25/2014                              /s/ Walter O'Cheskey

                                        Standing Bankruptcy Trustee
                                        By:      Brent Hagan

| Case Number: | | 14-70081 | | | | |
|---|---|---|---|---|---|---|
| Debtor: | | Ballard | | | | |
| Attorney: | | White | | | | |
| Presiding Officer: | | Brent Hagan | | | | |
| Calculation Date: | | | | | | 4/24/2014 16:16 |

| Domestic Support   Input name from Plan | | Arrears Enter amount from Plan | Int. Rate Enter from Plan | Term Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|---|
| | | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | | $0.00 | 0.00% | 1 | $0.00 | $0.00 |

| Secured Creditor/Collateral Input name from Plan | | Value/Claim Amount Enter amount from Plan | Int. Rate Enter from Plan | Term Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|---|
| Cash Max | | $1,276.00 | 5.50% | 18 | $74.02 | $1,332.28 |
| | | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | | $0.00 | 0.00% | 1 | $0.00 | $0.00 |

| Priority Creditor        Input name from Plan | | Value/Claim Amount Enter amount from Plan | | Term Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|---|
| | | $0.00 | | 1 | $0.00 | $0.00 |
| | | $0.00 | | 1 | $0.00 | $0.00 |
| | | $0.00 | | 1 | $0.00 | $0.00 |
| | | $0.00 | | 1 | $0.00 | $0.00 |
| | | $0.00 | | 1 | $0.00 | $0.00 |
| | | $0.00 | | 1 | $0.00 | $0.00 |
| | | $0.00 | | 1 | $0.00 | $0.00 |

| Attorney Fees        Paid Through the Plan | | $3,376.00 | | | | $3,376.00 |
|---|---|---|---|---|---|---|
| Noticing Fees | | $95.04 | | | | $95.04 |
| Clerk Filing Fees | | $0.00 | | | | $0.00 |

| Hardacre Minimum | $0.00 | <-------------- | | |
|---|---|---|---|---|
| Chapter 7 Minimum (Gross) | $0.00 | | | |
| Less Trustee Fees | $0.00 | | | |
| Less Attorney Fees | $3,376.00 | | | |
| Less Noticing Fees | $95.04 | Greater Of --------> | | $0.00 |
| Less Clerk Filing Fees | $0.00 | | | |
| Less Scheduled Priority Claims | $0.00 | | | |
| Less Other (Explain Below) | $0.00 | | | |
| Chapter 7 Minimum (Net) | $0.00 | <-------------- | | |

| Total Scheduled General Unsecured Claims (Limits Greater of Hardacre or Chapter 7 Minimum) | $10,319.00 |
|---|---|

| Calculated Base (Admin, Secured, Priority, DSO, Lower of Minimum or Sched U/S & Trustee Fee) | $5,326.46 |
|---|---|
| Debtor Plan Base (Monthly Payment X Term) | $6,876.00 |
| Surplus (Debtor Plan Base - Calculated Base) | $1,549.54 |

**Comments:**